IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 19 CV 7851 |
| | ) | |
| THE VILLAGE OF MELROSE PARK, | ) | Hon. Thomas Durkin |
| A municipal corporation, | ) | |
| OFFICER JOSEPH G. PANZANI, OFFICER CHANE | ) | Hon. Susan Cox |
| FOGG and OFFICER WILLIAM BIANCHI, | ) | |
| Melrose Park Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties in the above-entitled action, Plaintiff Kenneth Smith and Defendants Village of Melrose Park, and Melrose Park Police Officers Joseph Panzani, Chane Fogg, and William Bianchi, by and through their respective attorneys, that said action shall be dismissed with prejudice as against all Defendants, with each party to bear his respective costs and attorney fees and with all matters and controversies for which said action was brought having been fully settled, compromised and adjourned as between them.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| /s/Richard Dvorak | /s/ K. Austin Zimmer |
| Richard Dvorak | K. Austin Zimmer |
| Dvorak Law Offices, LLC | Del Galdo Law Group, LLC |
| 6262 Kingery Highway, Suite 305 | 1441 S. Harlem Avenue |
| Willowbrook, IL 60527 | Berwyn, Illinois 60402 |
| P: (630) 568-3190 | P: (708) 222-7000 |